United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH FALCONIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARANG AMIN, et al.,<br><br>　　　　　Defendants. | Case No. 5:25-cv-02905-BLF |
| LUKE ROTTMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E.L.F. BEAUTY, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:25-cv-02316-EKL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), *Falconio v. Amin et al.*, Case No. 5:25-cv-02905-BLF (filed March 28, 2025), is hereby REFERRED to the Honorable Judge Eumi K. Lee for consideration of whether the case is related to *Rottman v. e.l.f. Beauty, Inc. et al.*, Case No. 5:25-cv-02316-EKL (filed March 6, 2025).

**IT IS SO ORDERED.**

Dated: April 8, 2025

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge